| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Law Office of Shmuel Klein<br>113 Cedarhill Ave<br>Mahwah, NJ 07430<br>(201) 529-3411<br>In Re:<br>David and Nicole Kobryn    Case No. 09-36163 |

| In Re: | Case No.: | Adv. 09-2721 |
|---|---|---|
| David and Nicole Kobryn<br>v.<br>Schachter and Portnoy, LLC | Judge: | Stern |
|  | Chapter: | 7 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____David and Nicole Kobryn_____, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

   ☒ Debtor:     ☐ Chap. 11   ☐ Chap. 13   ☒ chap. 7

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional ___Shmuel Klein___ to serve as (check all that apply):

   ☒ Attorney for:    ☐ Trustee    ☒ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee     ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   He is already the attorney in the bankruptcy case

4. The professional has been selected because:
   He is the most qualified

5. The professional services to be rendered are as follows:
   Legal

6. The proposed arrangement for compensation is as follows:
   An hourly rate of $385.00 an hour as approved by the court after a notice and hearing of applicable.

2

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

   _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☐ does not represent an adverse interest to the estate.

   ☐ is a disinterested person under 11 U.S.C. § 101(14).

   ☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

   _____

3

    Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  1/28/10                       /s/ David Kobryn /s/ Nicole Kobryn
                                                  Signature of Applicant

                                                  David and Nicole Kobryn
                                                  Name of Applicant

rev 6/1/06;jml